IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROCKHURST UNIVERSITY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:20-CV-00581-BCW |
| | ) |
| FACTORY MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' Joint Motion for Stay of Discovery and Suspension of Scheduling Order Deadlines Pending the Court's Order on Defendant's Motion for Partial Judgment on the Pleadings. (Doc. #50). For good cause shown, the Court finds, within its "inherent [power] . . . to control the disposition of the causes on its docket," that a stay is appropriate under the circumstances. Landis v. N. American Co., 299 U.S. 248, 254 (1936). Accordingly, it is hereby

ORDERED the parties' Joint Motion for Stay of Discovery and Suspension of Scheduling Order Deadlines Pending the Court's Order on Defendant's Motion for Partial Judgment on the Pleadings (Doc. #50) is GRANTED. It is further

ORDERED discovery is STAYED and other deadlines in the Scheduling Order (Docs. # 27, 39) are STAYED pending the Court's Order on Defendant's Motion for Partial Judgment on the Pleadings (Doc. #43). It is further

ORDERED the parties shall file a joint proposed amended scheduling order within 14 days of the Court's Order on Defendant's Motion for Partial Judgment on the Pleadings.

IT IS SO ORDERED.

Date: July 15, 2021

/s Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT