# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ROCKHURST UNIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case 00No. 4:20-CV-00581-BCW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Rockhurst and Maryville and Defendant Factory Mutual Insurance Company, by and through their undersigned counsel, hereby stipulate to the dismissal of all of Plaintiffs' claims against Defendant in the above-captioned case, with prejudice, and with each party to bear his or its own attorneys' fees, costs and expenses.

Dated: May 8, 2023

**STUEVE SIEGEL HANSON LLP**

By: /s/ Bradley T. Wilders
Patrick J. Stueve, MO #37682
Bradley T. Wilders, MO # 78301
Brandi S. Spates, MO #72144
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: stueve@stuevesiegel.com
Email: wilders@stuevesiegel.com
Email: spates@stuevesiegel.com

**MILLER SCHIRGER LLC**
John J. Schirger, MO #60583

**SPENCER FANE LLP**

By: /s/ Brian Markley
Brian Markley, MO 46801
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
Email: brian.markley@spencerfane.com

Madison A. Perry, MO 68065
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 292-8814)
Facsimile: (816) 474-3216
Email: mperry@spencerfance.com

Matthew W. Lytle, MO #59145
Joseph M. Feierabend, MO #62563
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Telephone: 816-561-6500
Facsimile: 816-561-6501
Email: jschirger@millerschirger.com
Email: mlytle@millerschirger.com
Email: jfeierabend@millerschirger.com

**LANGDON & EMISON LLC**
J. Kent Emison, MO #29721
911 Main Street
PO Box 220
Lexington, Missouri 64067
Telephone: 660-259-6175
Facsimile: 660-259-4571
Email: kent@lelaw.com

**SHAFFER LOMBARDO SHURIN, P.C.**
Richard F. Lombardo, MO #29748
2001 Wyandotte Street
Kansas City, Missouri 64108
Telephone: 816-931-0500
Facsimile: 816-931-5775
rlombardo@sls-law.com

*Attorneys for Plaintiffs*

**WINSTON & STRAWN LLP**

Harvey Kurzweil (admitted *pro hac vice*)
Kelly A. Librera (admitted *pro hac vice*)
George E. Mastoris (admitted *pro hac vice*)
Matthew A. Stark (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
HKurzweil@winston.com
KLibrera@winston.com
GMastoris@winston.com
MStark@winston.com

*Attorneys for Defendant Factory Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's cm/ecf system.

/s/ *Bradley T. Wilders*
Attorney for Plaintiffs